In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-163 CR


____________________



STEVEN JAMES MORSE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 01-06-04072 CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Steven James Morse, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and filed by his attorney of record, Stephen D. Jackson. No opinion has issued
in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED. 


 PER CURIAM


Opinion Delivered May 15, 2003 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.